FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 15  P 2:54

MINUTE ENTRY
PORTEOUS, J.
February 14, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFRED C. MERRICK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0271** |
| **STATE OF LOUISIANA, et al.** | **SECTION "T" (5)** |

### ORDER OF REFERENCE TO U.S. MAGISTRATE JUDGE

**IT IS ORDERED** that, in accordance with Rule 73.2E of the Rules of this Court, the above-captioned matter hereby is referred to United States Magistrate Judge Alma L. Chasez for further disposition.

G. Thomas Porteous, Jr.
United States District Judge

FEB 15 2000
DATE OF ENTRY