UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
STATE OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 APR 13 P 2: 52
LORETTA G. WHYTE

| | | |
|---|---|---|
| ALFRED C. MERRICK | * | CIVIL ACTION |
| | * | DOCKET NO. |
| VERSUS | * | 00-0271 |
| | * | |
| PLAQUEMINES PARISH SHERIFF'S | * | SECT "T" MAG 5 |
| OFFICE, ET AL | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL AS COUNSEL OF RECORD

**COMES NOW,** George Pivach, II, (T.A.) and Timothy Thriffiley, attorneys for defendant, Plaquemines Parish Sheriff's Office, and make this motion for this Honorable Court to enter an order allowing said attorneys to enroll as counsel of record for Plaquemines Parish Sheriff's Office.

RESPECTFULLY SUBMITTED,

PIVACH & PIVACH, L.L.C.

ATTORNEYS AT LAW

BY: _____
GEORGE PIVACH, II, (T.A.) (10798)
TIMOTHY THRIFFILEY (19808)
8311 Highway 23, Suite 104
P.O. Box 7125
Belle Chasse, Louisiana 70037
Telephone: (504) 394-1870

DATE OF ENTRY
APR 1 7 2000

___ Fee_____
___ Process___
_X_ Dktd_____
_✓_ CtRmDep___
    Doc No._7__

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
STATE OF LOUISIANA

| | | |
|---|---|---|
| ALFRED C. MERRICK | * | CIVIL ACTION |
| | * | DOCKET NO. |
| VERSUS | * | 00-0271 |
| | * | |
| PLAQUEMINES PARISH SHERIFF'S | * | SECT "T" MAG 5 |
| OFFICE, ET AL | * | |

**************************************************************

### ORDER

**IT IS ORDERED, ADJUDGED AND DECREED,** that George Pivach, (T.A.) and Timothy Thriffiley, be entered as attorneys of record for defendants, Plaquemines Parish Sheriff's Office.

New Orleans, Louisiana, this 17th day of April, 2000.

_____
JUDGE