

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFRED C. MERRICK | CIVIL ACTION |
| VERSUS | NO. 00-0271 |
| STATE OF LOUISIANA, et al. | SECTION "T" (5) |

## O R D E R

The Court has received the Motion for Extension of Time within which to file responsive pleadings in the above-captioned matter filed on behalf of the Defendant, the Plaquemines Parish Sheriff's Office. However, it is the opinion of this Court that granting such an extension would not foster judicial economy.

Accordingly,

**IT IS ORDERED** that the Motion for Extension of Time be, and the same hereby is **DENIED**.

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby **APPROVES** said Report and Recommendation and adopts it as its opinion in this matter.





Accordingly,

**IT IS ORDERED** that the Plaintiff's complaint be, and the same hereby is **DISMISSED** for failure to state a claim upon which relief can be granted.

New Orleans, Louisiana, this 26th day of April, 2000.

G. Thomas Porteous, Jr.
United States District Judge