

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFRED C. MERRICK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0271** |
| **STATE OF LOUISIANA, et al.** | **SECTION "T" (5)** |

### JUDGMENT

The Court has approved the Report and Recommendation of the United States Magistrate Judge, and has adopted said report as its opinion in this matter. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of each of the Defendants, the State of Louisiana, the Louisiana Secretary of State, the Louisiana Treasury Secretary, the Twenty-Fifth Judicial District Court for the Parish of Plaquemines, Judge Michael E. Kirby, the Plaquemines Parish District Attorney's Office, District Attorney Darryl W. Bubrig, and the Plaquemines Parish Sheriff's Office, and against the Plaintiff, Alfred C. Merrick, dismissing the Plaintiff's complaint for failure to state a claim upon which relief can be granted.

New Orleans, Louisiana, this 26th day of April, 2000.

DATE OF ENTRY
APR 2 8 2000

G. Thomas Porteous, Jr.
United States District Judge