



FILED
U.S. DISTRICT COURT
EASTERN D'ST'CT OF LA

2000 JUN 28  P 12: 36

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFRED C. MERRICK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0271** |
| **STATE OF LOUISIANA, et al.** | **SECTION "T" (5)** |

## O R D E R

The Plaintiff has filed a "Motion to Reanact [sic] Dismissal" in the above-captioned matter. The Court will treat said motion as a request for reconsideration of its order of April 26, 2000, which approved the Magistrate Judge's Report and Recommendation that the Plaintiff's suit be dismissed for failure to state a claim upon which relief can be granted. Merrick filed an objection to the Report and Recommendation, and the Court considered said objection before it adopted the recommendation of the Magistrate Judge.

In his motion for reconsideration, the Plaintiff points to no new evidence; he merely disagrees with the Court's decision, and claims that he has received "no day in court." However, this Court already has analyzed the relevant issues and arguments presented by Merrick, and has found them to be without merit.

DATE OF ENTRY

JUN 2 8 2000



Fee_____
Process_____
X Dktd_____
____ CtRmDep 13
____ Doc.No._____

Accordingly,

**IT IS ORDERED** that the Plaintiff's motion for reconsideration (Doc. 12) be, and the same

hereby is **DENIED**.  The Court's order of April 26, 2000, adopting the Magistrate Judge's Report

and Recommendation shall NOT be vacated or set aside.  The Plaintiff's suit was properly dismissed

for failure to state a claim upon which relief can be granted.

New Orleans, Louisiana, this ____27____ day of June, 2000.

**G. Thomas Porteous, Jr.**
**United States District Judge**

2